IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALIMAMY TIMBO,
    Plaintiff,

vs.                               Civil Action 2:08-CV-194
                                   Judge Sargus
                                   Magistrate Judge King

MICHAEL CHERTOFF, et al.,

    Defendants.

## ORDER

      Plaintiff, who is no longer represented by counsel, was ordered to show cause, no later than May 23, 2007, why the case should not be dismissed for want of prosecution. Doc. No. 8. Plaintiff has made no response.

      This action is therefore **DISMISSED** for failure to prosecute.

6-1-2008
Date

Edmund A. Sargus, Jr.
United States District Judge