AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ALIMAMY TIMBO,**

       **Plaintiff,**

                        **JUDGMENT IN A CIVIL CASE**

**vs.**

                        **CASE NO. C2-08-194**
**MICHAEL CHERTOFF, et al.,**    **JUDGE EDMUND A. SARGUS, JR.**
                        **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendants.**

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed June 2, 2008, JUDGMENT is hereby entered DISMISSING this case for failure to prosecute.**

Date: June 2, 2008                    JAMES BONINI, CLERK

                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk